1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, General Civil Section
5  TALYA M. SEIDMAN (Cal. Bar No. 336534)
   Assistant United States Attorney
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-7137
8       Facsimile: (213) 894-7819
        E-mail: Talya.Seidman@usdoj.gov
9
   Attorneys for Defendants Department of Homeland Security, Samuel Chairez

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PEDRO AVALOS PASARAN,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SANTA ANA; DEPARTMENT OF HOMELAND SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50,<br><br>   Defendants. | No. SACV 21-1432<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 2679(d)(2)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF PEDRO AVALOS PASARAN, BY AND THROUGH HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d)(2), Defendant Samuel Chairez ("Defendant"), hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On May 26, 2020, Pedro Avalos Pasaran ("Plaintiff") filed a civil action against Defendant in the Superior Court of the State of California for the County of Orange, entitled *Pedro Avalos Pasaran v. City of Santa Ana; Department of Homeland Security; Samuel Chairez; And Does 1 To 50*, as Case No. 30-2020-01141394-CU-PA-CJC. A copy of the Complaint and all other pleadings received to date are attached as Exhibit 1. The Complaint appears to allege tort and personal injury claims.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2) in that the Defendant was acting within the course and scope of his employment with the United States of America at all times material to the allegations contained in the Complaint. A duly executed Certification of the Chief of the Civil Division for the Central District of California, attesting to the foregoing, is attached as Exhibit 2. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States which purportedly occurred in the course and scope of employment. 28 U.S.C. § 1346(b). Additionally, this Court has original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

3. Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of Case No. 30-2020-01141394 has not yet commenced.

4. Because this notice is being filed on behalf of the Defendant, no bond is required under the terms of 28 U.S.C. § 2408 and 2679(d)(2).

WHEREFORE, Defendant removes the action now pending in the Superior Court

of the State of California for the County of Orange, Case No. 30-2020-01141394-CU-PA-CJC, to the United States District Court for the Central District of California.

Dated: September 1, 2021          Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


    /s/ *Talya M. Seidman*
TALYA M. SEIDMAN
Assistant United States Attorney

Attorneys for Defendants Department of Homeland Security, Samuel Chairez