Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 06:13:47 AM.
30-2020-01141394-CU-PA-CJC - ROA #4 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITY OF SANTA ANA; DEPARTMENT OF HOMELAND SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PEDRO AVALOS PASARAN

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

**CASE NUMBER** *(Número del Caso):* 30-2020-01141394-CU-PA-CJC
Judge Melissa R. McCormick

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA
700 CIVIC CENTER DRIVE
SANTA ANA, ANA 92701

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
SASHA TYMKOWICZ, ESQ. SBN: 233903 LAW OFFICES OF SASHA TYMKOWICZ, A.P.C.
1800 N. BROADWAY, SUITE 200 (714) 835-8866
SANTA ANA, CA 92706

DATE: 05/26/2020    DAVID H. YAMASAKI, Clerk of the Court    Clerk, by    Lirio Sanchez    , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*
under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☒ other *(specify):* Government Entity

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB | Essential Forms

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PASARAN, PEDRO AVALOS

**Exhibit 1**    3

| | | PLD-PI-001 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> SASHA TYMKOWICZ, ESQ. SBN: 233903 <br> LAW OFFICES OF SASHA TYMKOWICZ, A.P.C. <br> 1800 N. BROADWAY, SUITE 200 <br> SANTA ANA, CA 92706 <br> TELEPHONE NO.: (714) 835-8866   FAX NO.(Optional): (714) 835-8891 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): PEDRO AVALOS PASARA | | FOR COURT USE ONLY <br> Electronically Filed by Superior Court of California, County of Orange, 10/29/2020 02:07:00 PM. <br> 30-2020-01141394-CU-PA-CJC - ROA # 17 - DAVID H. YAMASAKI, Clerk of the Court By Mark Gutierrez, Deputy Clerk. |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE <br> STREET ADDRESS: 700 CIVIC CENTER DRIVE <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SANTA ANA, ANA 92701 <br> BRANCH NAME: CENTRAL JUSTICE CENTER | | |
| PLAINTIFF: PEDRO AVALOS PASARAN <br><br> DEFENDANT: CITY OF SANTA ANA; DEPARTMENT OF HOMELAND SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50 <br> [X] DOES 1 TO 50 | | |
| COMPLAINT-Personal Injury, Property Damage, Wrongful Death <br> [X] AMENDED (Number): ONE <br> Type (check all that apply): <br> [X] MOTOR VEHICLE  ☐ OTHER (specify): <br> [X] Property Damage  ☐ Wrongful Death <br> [X] Personal Injury   ☐ Other Damages (specify): | | |
| Jurisdiction (check all that apply): <br> ☐ ACTION IS A LIMITED CIVIL CASE <br>   Amount demanded  ☐ does not exceed $10,000 <br>            ☐ exceeds $10,000, but does not exceed $25,000 <br> [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> ☐ ACTION IS RECLASSIFIED by this amended complaint <br>   ☐ from limited to unlimited <br>   ☐ from unlimited to limited | | CASE NUMBER: <br> 30-2020-01141394-CU-PA-CJC |

1. Plaintiff (name or names): PEDRO AVALOS PASARAN

    alleges causes of action against defendant (name or names): CITY OF SANTA ANA; DEPARTMENT OF HOMELAND SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
    a. ☐ except plaintiff (name):
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ a public entity (describe):
        (4) ☐ a minor   ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) ☐ other (specify):
        (5) ☐ other (specify):

    b. ☐ except plaintiff (name):
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ a public entity (describe):
        (4) ☐ a minor   ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) ☐ other (specify):
        (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007] | CEB Essential ceb.com Forms | COMPLAINT-Personal Injury, Property Damage, Wrongful Death | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov <br> PASARAN, PEDRO AVALOS |

Exhibit 1                    4

| | | PLD-PI-001 |
|---|---|---|
| SHORT TITLE: PASARAN v. CITY OF SANTA ANA | | CASE NUMBER: 30-2020-01141394-CU-PA-CJC |

4. ☐ Plaintiff *(name):* PEDRO AVALOS PASARAN
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):*
      CITY OF SANTA ANA
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☒ a public entity *(describe):*
         A GOVERNMENT ENTITY
      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      DEPARTMENT OF HOMELAND SECURITY
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☒ a public entity *(describe):*
         A GOVERNMENT ENTITY
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-25 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 26-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]
CEB Essential ceb.com Forms
COMPLAINT-Personal Injury, Property Damage, Wrongful Death
PASARAN, PEDRO AVALOS
Page 2 of 3

Exhibit 1                    5

PLD-PI-001

SHORT TITLE: PASARAN v CITY OF SANTA ANA

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached)
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify)

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [ ] loss of earning capacity
   g. [ ] other damage (specify)

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12
   b. [ ] as follows

13. The relief sought in this complaint is within the jurisdiction of this court
   ACCORDING TO PROFF

14. Plaintiff prays for judgment for costs of suit for such relief as is fair, just and equitable and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1))
      (1) [X] according to proof
      (2) [ ] in the amount of $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers)

Date: 07/16/20

SASHA TYMKOWICZ ESQ.
TYPE OR PRINT NAME

[signature] SIGNATURE OF PLAINTIFF OR ATTORNEY

CEB Essential Forms

COMPLAINT-Personal Injury, Property Damage, Wrongful Death

PASARAN, PEDRO AVALOS

Page 3 of 3

Exhibit 1                    6

| SHORT TITLE: PASARAN v. CITY OF SANTA ANA | CASE NUMBER: 30-2020-01141394-CU-PA-CJC |
|---|---|

PLD-PI-001(2)

__ONE__ CAUSE OF ACTION- General Negligence   Page __4/5__
(number)
ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: PEDRO AVALOS PASARAN

  alleges that defendant *(name)*: CITY OF SANTA ANA; DEPARTMENT OF HOMELAND
  SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50

  [X] Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: AUGUST 16, 2016
at *(place)*: OR NEAR ENGLISH STREET AND 5TH STREET IN THE CITY OF SANTA ANA, CALIFORNIA

*(description of reasons for liability)* :
DEFENDANTS OWED A DUTY OF CARE WHILE OPERATING A MOTOR VEHICLE. DEFENDANT BREACHED THAT DUTY WHEN HE NEGLIGENTLY IMPACTED PLAINTIFF'S VEHICLE, CAUSING PROPERTY DAMAGE AND BODILY INJURIES.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
CEB Essential Forms
ceb.com
CAUSE OF ACTION- General Negligence
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
PASARAN, PEDRO AVALOS

Exhibit 1                                                                                7

PLD-PI-001(1)

| SHORT TITLE: PASARAN v. CITY OF SANTA ANA | CASE NUMBER: 30-2020-01141394-CU-PA-CJC |
|---|---|

<u>TWO</u>      **CAUSE OF ACTION- Motor Vehicle**
(number)

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: PEDRO AVALOS PASARAN

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date)*: AUGUST 16, 2019
at *(place)*: OR NEAR ENGLISH STREET AND 5TH STREET IN THE CITY OF SANTA ANA, CALIFORNIA

MV-2. DEFENDANTS
    a. ☒ The defendants who operated a motor vehicle are *(names)*:
       SAMUEL CHAIREZ

       ☒ Does <u>1</u> to <u>15</u>
    b. ☒ The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*: DEPARTMENT OIF HOMELAND SECURITY

       ☒ Does <u>16</u> to <u>25</u>
    c. ☒ The defendants who owned the motor vehicle which was operated with their permission are *(names)*:

       ☒ Does <u>26</u> to <u>30</u>
    d. ☐ The defendants who entrusted the motor vehicle are *(names)*:

       ☒ Does <u>31</u> to <u>40</u>
    e. ☒ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
       CITY OF SANTA ANA

       ☒ Does <u>41</u> to <u>50</u>
    f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
       ☐ listed in Attachment MV-2f    ☐ as follows:

       ☐ Does _____ to _____

Page <u>5/5</u>

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION - Motor Vehicle**

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

CEB | Essential Forms
ceb.com

PASARAN, PEDRO AVALOS

Exhibit 1        8

*- DO NOT FILE WITH THE COURT -*
*- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Sasha Tymkowicz, Esq.<br>CBN:233903<br>LAW OFFICES OF SASHA TYMKOWICZ, A.P.C.<br>1800 North Broadway, Suite 200<br>Santa Ana, California 92706 | (714) 835-8866<br>(714) 835-8891 | |

ATTORNEY FOR *(Name)*: PEDRO AVALOS PASARAN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: PEDRO AVALOS PASARAN
DEFENDANT: CITY OF SANTA ANA, ET AL

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER:
30-2020-01141394-CU-PA-CJC

To *(name of one defendant only)*: SAMUEL CHAIREZ
Plaintiff *(name of one plaintiff only)*: PEDRO AVALOS PASARAN
seeks damages in the above-entitled action, as follows:

**AMOUNT**

1. **General damages**
   a. [X] Pain, suffering, and inconvenience........................................................................... $ 600,000.00
   b. [ ] Emotional distress.................................................................................................. $
   c. [ ] Loss of consortium................................................................................................. $
   d. [ ] Loss of society and companionship *(wrongful death actions only)*...................... $
   e. [ ] Other *(specify)*..................................................................................................... $
   f. [ ] Other *(specify)*..................................................................................................... $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses *(to date)*................................................................................ $ 66,202.77
   b. [X] Future medical expenses *(present value)*......................................................... $ 30,000.00
   c. [ ] Loss of earnings *(to date)*.................................................................................... $
   d. [ ] Loss of future earning capacity *(present value)*................................................. $
   e. [ ] Property damage.................................................................................................. $
   f. [ ] Funeral expenses *(wrongful death actions only)*................................................ $
   g. [ ] Future contributions *(present value) (wrongful death actions only)*................... $
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)*..... $
   i. [ ] Other *(specify)*..................................................................................................... $
   j. [ ] Other *(specify)*..................................................................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* $
   when pursuing a judgment in the suit filed against you.

Date: 06/10/2021

Sasha Tymkowicz
(TYPE OR PRINT NAME)       (Proof of service on reverse)       ► *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

Avalos Pasaran, Pedro

CEB | Essential Forms
ceb.com

Exhibit 1     9

CIV-050

| PLAINTIFF: PEDRO AVALOS PASARAN | CASE NUMBER: |
|---|---|
| DEFENDANT: CITY OF SANTA ANA, ET AL | 30-2020-01141394-CU-PA-CJC |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [X] Statement of Damages   [ ] Other *(specify)*:

   b. on *(name)*: SAMUEL CHAIREZ
   c. by serving   [X] defendant   [ ] other *(name and title or relationship to person served)*: SAMUEL CHAIREZ

   d. [X] by delivery   [X] at home   [ ] at business
      (1) date: SEE ATTACHED ADDRESSES WHERE DEFENDANT WAS SERVED
      (2) time:
      (3) address:

   e. [X] by mailing
      (1) date: 6/10/2021
      (2) place: SANTA ANA, CA

2. Manner of service *(check proper box)*:
   a. [ ] **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20 (b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. [ ] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) *(Attach completed acknowledgment of receipt.)*
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. [ ] Other *(specify code section)*:
      [ ] additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [ ] Not a registered California process server
   e. [ ] Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:
   OMAR DURAN
   1800 N BROADWAY SUITE 200
   SANTA ANA CA 92706
   714-835-8866

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 06/10/2021

▶ _(SIGNATURE)_

*(For California sheriff, marshal or constable use only)*
I certify that the foregoing is true and correct.
Date:

▶ _(SIGNATURE)_

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure, §§ 425.11, 425.115

Avalos Pasaran, Pedro

CEB | Essential Forms
ceb.com

Exhibit 1                    10

PEDRO AVALOS PASARAN V. CITY OF SANTA ANA, ET AL.   CASE NO.: 30-2020-01141394-CU-PA-CJC

**ATTACHED MAILING LIST**

SAMUEL CHAIREZ
3200 LA ROTONDA DR. #401
RANCHO PALOS VERDES, CA 90275

SAMUEL CHAIREZ
631 DAMIEN AVENUE
LA VERNE, CA 91750

SAMUEL CHAIREZ
220 E. LA CADENA #7
RIVERSIDE, CA 92507

DEPARTMENT OF HOMELAND SECURITY
OFFICE OF THE GENERAL COUNSEL
MAIL STOP 0485
2707 MARTIN LUTHER KING JR AVE., SE
WASHINGTON, DC 20528-0485

DEPARTMENT OF HOMELAND SECURITY
500 12TH STREET, SW
WASHINGTON, DC 20024

Exhibit 1    11

| | |
|---|---|
| - DO NOT FILE WITH THE COURT -<br>- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 - | CIV-050 |

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address):* Sasha Tymkowicz, Esq.
CBN:233903
LAW OFFICES OF SASHA TYMKOWICZ, A.P.C.
1800 North Broadway, Suite 200
Santa Ana, California 92706
**TELEPHONE NO.:** (714) 835-8866 / (714) 835-8891
**ATTORNEY FOR** *(Name):* PEDRO AVALOS PASARAN

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
**STREET ADDRESS:** 700 CIVIC CENTER DRIVE
**MAILING ADDRESS:**
**CITY AND ZIP CODE:** SANTA ANA CA 92701
**BRANCH NAME:** CENTRAL JUSTICE CENTER

**PLAINTIFF:** PEDRO AVALOS PASARAN
**DEFENDANT:** CITY OF SANTA ANA, ET AL

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

**CASE NUMBER:** 30-2020-01141394-CU-PA-CJC

To *(name of one defendant only)*: DEPARTMENT OF HOMELAND SECURITY
Plaintiff *(name of one plaintiff only)*: PEDRO AVALOS PASARAN
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                             **AMOUNT**
   a. [X] Pain, suffering, and inconvenience ........................................... $ 600,000.00
   b. [ ] Emotional distress ................................................................ $
   c. [ ] Loss of consortium .............................................................. $
   d. [ ] Loss of society and companionship *(wrongful death actions only)* ..... $
   e. [ ] Other *(specify)* ................................................................. $
   f. [ ] Other *(specify)* ................................................................. $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses *(to date)* ................................................. $ 66,202.77
   b. [X] Future medical expenses *(present value)* .............................. $ 30,000.00
   c. [ ] Loss of earnings *(to date)* .................................................... $
   d. [ ] Loss of future earning capacity *(present value)* ...................... $
   e. [ ] Property damage ................................................................. $
   f. [ ] Funeral expenses *(wrongful death actions only)* ...................... $
   g. [ ] Future contributions *(present value) (wrongful death actions only)* ... $
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ... $
   i. [ ] Other *(specify)* ................................................................. $
   j. [ ] Other *(specify)* ................................................................. $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* $
   when pursuing a judgment in the suit filed against you.

Date: 06/10/2021

Sasha Tymkowicz
(TYPE OR PRINT NAME)    (Proof of service on reverse)    ▶ *(signature)* (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

Avalos Pasaran, Pedro

CEB Essential Forms
ceb.com

Exhibit 1                                                                                              12

| | CIV-050 |
|---|---|
| PLAINTIFF: PEDRO AVALOS PASARAN<br>DEFENDANT: CITY OF SANTA ANA, ET AL | CASE NUMBER:<br>30-2020-01141394-CU-PA-CJC |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. [X] Statement of Damages  [ ] Other *(specify)*:

   b. on *(name)*: DEPARTMENT OF HOMELAND SECURITY
   c. by serving  [X] defendant  [ ] other *(name and title or relationship to person served)*: DEPARTMENT OF HOMELAND SECURITY
   d. [X] by delivery  [ ] at home  [X] at business
      (1) date: SEE ATTACHED ADDRESSES WHERE DEFENDANT WAS SERVED
      (2) time:
      (3) address:

   e. [X] by mailing
      (1) date: 6/10/2021
      (2) place: SANTA ANA, CA

2. Manner of service *(check proper box)*:
   a. [ ] **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. [ ] **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. [ ] **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20 (b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. [ ] **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) *(Attach completed acknowledgment of receipt.)*
   e. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. [ ] Other *(specify code section)*:
      [ ] additional page is attached.
3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. [ ] California sheriff, marshal, or constable
   b. [ ] Registered California process server
   c. [ ] Employee or independent contractor of a registered California process server
   d. [ ] Not a registered California process server
   e. [ ] Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:
   OMAR DURAN
   1800 N BROADWAY SUITE 200
   SANTA ANA CA 92706
   714-835-8866

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 06/10/2021

▶ _____ (SIGNATURE)

*(For California sheriff, marshal or constable use only)*
I certify that the foregoing is true and correct.
Date:

▶ _____ (SIGNATURE)

CIV-050 [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure, §§ 425.11, 425.115
Avalos Pasaran, Pedro

Exhibit 1            13

PEDRO AVALOS PASARAN V. CITY OF SANTA ANA, ET AL.    CASE NO.: 30-2020-01141394-CU-PA-CJC

## ATTACHED MAILING LIST

SAMUEL CHAIREZ
3200 LA ROTONDA DR. #401
RANCHO PALOS VERDES, CA 90275

SAMUEL CHAIREZ
631 DAMIEN AVENUE
LA VERNE, CA 91750

SAMUEL CHAIREZ
220 E. LA CADENA #7
RIVERSIDE, CA 92507

DEPARTMENT OF HOMELAND SECURITY
OFFICE OF THE GENERAL COUNSEL
MAIL STOP 0485
2707 MARTIN LUTHER KING, JR AVE., SE
WASHINGTON, DC 20528-0485

DEPARTMENT OF HOMELAND SECURITY
500 12TH STREET, SW
WASHINGTON, DC 20024

Exhibit 1                    14

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Sasha Tymkowicz, Esq. CBN:233903 | | |
| FIRM NAME: LAW OFFICES OF SASHA TYMKOWICZ, A.P.C. | | |
| STREET ADDRESS: 1800 North Broadway, Suite 200 | | |
| CITY: Santa Ana   STATE: CA   ZIP CODE: 92706 | | |
| TELEPHONE NO.: (714) 835-8866   FAX NO.: (714) 835-8891 | | |
| E-MAIL ADDRESS: | | |
| ATTORNEY FOR (name): PEDRO AVALOS PASARAN | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

Plaintiff/Petitioner: PEDRO AVALOS PASARAN
Defendant/Respondent: CITY OF SANTA ANA, ET AL

| REQUEST FOR (Application) | [X] Entry of Default   [X] Clerk's Judgment<br>[ ] Court Judgment | CASE NUMBER:<br>30-2020-01141394-CU-PA-CJC |
|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.)** *(see CIV-105)*

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date)*: 10/29/2020
   b. by *(name)*: PEDRO AVALOS PASARAN
   c. [X] Enter default of defendant *(names)*: SAMUEL CHAIREZ; DEPARTMENT OF HOMELAND SECURITY

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names)*:

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*

   e. [X] Enter clerk's judgment
   (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169).
      [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
   (2) [X] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
   (3) [ ] for default previously entered on *(date)*:

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ | $ | $ 0.00 |
| b. Statement of damages* | | | |
| (1) Special | $ 96,202.77 | $ | $ 96,202.77 |
| (2) General | $ 600,000.00 | $ | $ 600,000.00 |
| c. Interest | $ | $ | $ 0.00 |
| d. Costs *(see reverse)* | $ 1,040.92 | $ | $ 1,040.92 |
| e. Attorney fees | $ | $ | $ 0.00 |
| f. TOTALS | $ 697,243.69 | $ 0.00 | $ 697,243.69 |

   g. **Daily damages** were demanded in complaint at the rate of: $  per day beginning *(date)*:
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] *(Check if filed in an unlawful detainer case.)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4)*.

Date: 6/10/2021

SASHA TYMKOWICZ                                    ▶ /S/ Sasha Tymkowicz
(TYPE OR PRINT NAME)                               (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [ ] Default entered as requested on *(date)*:<br>(2) [ ] Default NOT entered as requested *(state reason)*: |
|---|---|

Clerk, by _____, Deputy     Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California CIV-100
[Rev. January 1, 2020]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure, §§ 585-587, 1169
www.courts.ca.gov

Avalos Pasaran, Pedro

Exhibit 1                                                                                          15

|  |  |
|---|---|
| Plaintiff/Petitioner: PEDRO AVALOS PASARAN<br>Defendant/Respondent: CITY OF SANTA ANA, ET AL | CASE NUMBER:<br>30-2020-01141394-CU-PA-CJC |

CIV-100

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date)*:

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

   b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
   (1) Mailed on *(date)*: 6/10/2021   (2) To *(specify names and addresses shown on the envelopes):*
   SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: 6/10/2021

| Omar Duran | ▶ /s/ Omar Duran |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees .............................. $ 435.00
   b. Process server's fees........................ $ 165.00
   c. Other *(specify):* efile fees; skip trace; courtcall  $ 440.92
   d. $
   e. **TOTAL** ........................................... $ 1,040.92
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6/10/2021

| Sasha Tymkowicz | ▶ /s/ Sasha Tymkowicz |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

8. **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service as that term is defined by either the Servicemembers Civil Relief Act, 50 U.S.C. App. § 3911(2), or California Military and Veterans Code sections 400 and 402(f).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6/10/2021

| Sasha Tymkowicz | ▶ /s/ Sasha Tymkowicz |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

CIV-100 [Rev. January 1, 2020]             **REQUEST FOR ENTRY OF DEFAULT**                          Page 2 of 2
CEB | Essential Forms        (Application to Enter Default)        Avalos Pasaran, Pedro
ceb.com

Exhibit 1                                           16

PEDRO AVALOS PASARAN V. CITY OF SANTA ANA, ET AL.    CASE NO.: 30-2020-01141394-CU-PA-CJC

## ATTACHED MAILING LIST

SAMUEL CHAIREZ
3200 LA ROTONDA DR. #401
RANCHO PALOS VERDES, CA 90275

SAMUEL CHAIREZ
631 DAMIEN AVENUE
LA VERNE, CA 91750

SAMUEL CHAIREZ
220 E. LA CADENA #7
RIVERSIDE, CA 92507

DEPARTMENT OF HOMELAND SECURITY
OFFICE OF THE GENERAL COUNSEL
MAIL STOP 0485
2707 MARTIN LUTHER KING, JR AVE., SE
WASHINGTON, DC 20528-0485

DEPARTMENT OF HOMELAND SECURITY
500 12TH STREET, SW
WASHINGTON, DC 20024

Exhibit 1                                                                                                   17