CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT

I, David M. Harris, Chief of the Civil Division, United States Attorney's Office for the Central District of California, pursuant to the provisions of 28 U.S.C. §2679(d), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. §15.4, hereby certify as follows:

1. I have read the Complaint entitled Pedro Avalos Pasaran v. City of Santa Ana; Department of Homeland Security; Samuel Chairez; And Does 1 To 50, Case No. 30-2020-01141394-CU-PA-CJC, in the Superior Court for the State of California, Orange County.

2. Based upon the information now available to me with respect to the incidents referred to in the Complaint, defendant Samuel Chairez was acting within the course and scope of employment with the United States at all times material to the incidents alleged in the Complaint.

DATED: August 20, 2021

_____
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division