TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TALYA M. SEIDMAN (Cal. Bar No. 336534)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7137
    Facsimile: (213) 894-7819
    E-mail: Talya.Seidman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PEDRO AVALOS PASARAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ANA; DEPARTMENT OF HOMELAND SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50,<br><br>    Defendants. | No. 8:21-cv-01432<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:    July 8, 2021<br>Current Response Date:    Sept. 8, 2021<br>New Response Date:    Oct. 8, 2021 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants Department of Homeland Security and Samuel Chairez ("Defendants") may have a thirty-day extension of time, up to and including October 8, 2021, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

///

1   Pursuant to Central District Local Rule 8-3, an initial stipulation extending the
2   time within which to answer or otherwise respond to a complaint or petition by thirty
3   days or less must be filed with the Court, but does not require Court approval.
4   This is the first request for an extension in this action.

Dated: September 3, 2021             LAW OFFICES OF SASHA TYMKOWICZ

                                     */s/ Sasha Tymkowicz*
                                     SASHA TYMKOWICZ, ESQ.
                                     Per email authorization 9/2/2021
                                     Attorney for Plaintiff


Dated: September 3, 2021             TRACY L. WILKISON
                                     Acting United States Attorney
                                     DAVID M. HARRIS
                                     Assistant United States Attorney
                                     Chief, Civil Division
                                     JOANNE S. OSINOFF
                                     Assistant United States Attorney
                                     Chief, General Civil Section


                                     */s/ Talya M. Seidman*
                                     TALYA M. SEIDMAN, ESQ
                                     Assistant United States Attorney

                                     Attorneys for Defendants

*The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.