TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
TALYA M. SEIDMAN (Cal. Bar No. 336534)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7137
    Facsimile: (213) 894-7819
    E-mail: Talya.Seidman@usdoj.gov

Attorneys for Defendants Samuel Chairez and United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PEDRO AVALOS PASARAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ANA; DEPARTMENT OF HOMELAND SECURITY; SAMUEL CHAIREZ; AND DOES 1 TO 50,<br><br>    Defendants. | Case No. 8:21-cv-01432-JVS-JDE<br><br>NOTICE OF SUBSTITUTION<br><br>[28 U.S.C. § 2679(d)(2)]<br><br>Honorable James V. Selna |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF PEDRO AVALOS PASARAN, BY AND THROUGH HIS COUNSEL OF RECORD:

    NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 2679(d)(2), the United States of America is hereby substituted as the Defendant herein, in place and instead of Defendant Samuel Chairez.  The basis for this substitution is set forth in the Certification of the Chief of the Civil Division for the Central District of California,

stating that Samuel Chairez was acting within the course and scope of his employment at all times relevant to the events in this action. A true and correct copy of the Certification is attached hereto.

Dated: September 9, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ *Talya M. Seidman*
TALYA M. SEIDMAN
Assistant United States Attorney

Attorneys for Defendants
Samuel Chairez and United States of America

<u>CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT</u>

I, David M. Harris, Chief of the Civil Division, United States Attorney's Office for the Central District of California, pursuant to the provisions of 28 U.S.C. §2679(d), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. §15.4, hereby certify as follows:

1. I have read the Complaint entitled *Pedro Avalos Pasaran v. City of Santa Ana; Department of Homeland Security; Samuel Chairez; And Does 1 To 50*, Case No. 30-2020-01141394-CU-PA-CJC, in the Superior Court for the State of California, Orange County.

2. Based upon the information now available to me with respect to the incidents referred to in the Complaint, defendant Samuel Chairez was acting within the course and scope of employment with the United States at all times material to the incidents alleged in the Complaint.

DATED: August 20, 2021

_____
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division