UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01432-JVS (JDEx) | Date | November 3, 2023 |
| Title | Pedro Avalos Pasaran v. United States | | |

Present: The Honorable     **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **[IN CHAMBERS]** <u>Order Regarding Statement of Death [55]</u>

     On July 13, 2023, Defendants filed a Statement of Death of Plaintiff Pedro Avalos Pasaran ("Pasaran") pursuant to Federal Rule of Civil Procedure 25(a).  (Statement of Death, Dkt. No. 55.).  On July 17, 2023, the Court ordered "that a motion for substitution by Plaintiff's heirs or personal representatives be made no later than October 12, 2023 in accordance with Federal Rule of Civil Procedure 25(a)(1)."  (Order, Dkt No. 56, at 1.)

     In the case of a party's death, pursuant to Federal Rule of Civil Procedure 25(a)(1), an action may continue if a claim is not extinguished, and "[a] motion for substitution may be made by any party or by the decedent's successor or representative."  However, "[i]f the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).

     A statement noting the death of Plaintiff Pasaran was filed on the record by Plaintiffs.  (<u>See</u> Statement of Death.)  The Court ordered that a motion for substitution be made no later than October 12, 2023.  (<u>See</u> Order.)  As of November 2, 2023, Plaintiff's heirs or personal representatives have not filed a motion for substitution.

     For the foregoing reasons, the action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1).

                **IT IS SO ORDERED.**